UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re
    AMARJIT KAUR SINGH                  Case No. 08-47147
                                                        Chapter 7
                Debtor
                                                          **PROPOSED ORDER**
_____

Upon the oral application and motion of Debtor's attorney to determine whether the petition for relief for a continuation of the automatic stay should be granted, and same having come on to be heard before the Honorable Carla E. Craig, on the 20th day of November 2008, and David Waltzer, Attorney for Debtor having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interest of the creditors and the estate require that the continuation of the automatic stay be granted.

**ORDERED**, that the continuation of the automatic stay be granted, pursuant to the provisions of 11 U.S.C. 363 (a).


Dated: Brooklyn, New York,
             _____ day of 2008

                                                          _____
                                                             **CARLA E. CRAIG**
                                                                United States Bankruptcy Judge