**RICHARD J. MCCORD**
PARTNER
DIRECT DIAL : 516.296.7801
rmccord@certilmanbalin.com

December 1, 2008

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

       *Re:*    *Amarjit Kaur Singh*
                *Chapter 7*
                *Case No: 108-47147*

Dear Sir/Madam:

      Please be advised that I rescind my Trustee's Report of No Distribution filed on December 1, 2008, in connection with the above referenced debtor.

      If you should have any questions, please contact my office. Thank you for your cooperation in this matter.

                               Very truly yours,

                               /s/ Richard J. McCord
                              RICHARD J. MCCORD
                              CHAPTER 7 TRUSTEE

RJM:af