**RICHARD J. MCCORD**
PARTNER
DIRECT DIAL : 516.296.7801
rmccord@certilmanbalin.com

December 1, 2008

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

       *Re:*    *Amarjit Kaur Singh*
                *Chapter 7*
                <u>*Case No. 108-47147*</u>

Dear Sir/Madam:

      Please be advised that assets have been discovered in the above referenced case. Please set a bar date and send out the proper notification to all parties of interest.

      If you should have any questions or require additional information, please contact this office. Thank you for your cooperation in this matter.

                                                Very truly yours,

                                                /s/ Richard J. McCord
                                                RICHARD J. MCCORD
                                                CHAPTER 7 TRUSTEE

RJM:mm

2101333-1