# Exhibit B

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2007100900323001001E3181 |

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 3 |
|---|---|---|
| Document ID: 2007100900323001 | Document Date: 10-02-2007 | Preparation Date: 10-09-2007 |
| Document Type: ASSIGNMENT, MORTGAGE | | |
| Document Page Count: 1 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| WEBTITLE AGENCY<br>69 CASCADE DRIVE<br>KNOWLTON BLDG., SUITE 202<br>ROCHESTER, NY 14614<br>585-454-4770<br>jscheidt@WEBTITLE.US | SHAPIRO & DICARO, LLP<br>250 MILE CROSSING BLVD.<br>SUITE ONE<br>ROCHESTER, NY 14624 |

### PROPERTY DATA
| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 9341 | 45 | Entire Lot | 87-53 133RD STREET |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
CRFN: 2006000084278

### PARTIES
| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| OPTION ONE MORTGAGE CORPORATION<br>3 ADA<br>IRVINE, CA 92618 | SOUNDVIEW HOME LOAN TRUST 2006-OPT1,<br>6501 IRVINE CENTER DRIVE<br>IRVINE, CA 92618 |

x  Additional Parties Listed on Continuation Page

### FEES AND TAXES
| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed  10-12-2007 17:01
City Register File No.(CRFN):
2007000518653

*Annette M Hill*
*City Register Official Signature*

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2007100900323001001E3181 |

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 3 |
|---|---|---|
| **Document ID:** 2007100900323001 | Document Date: 10-02-2007 | Preparation Date: 10-09-2007 |
| **Document Type:** ASSIGNMENT, MORTGAGE | | |
| **Document Page Count:** 1 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| WEBTITLE AGENCY<br>69 CASCADE DRIVE<br>KNOWLTON BLDG., SUITE 202<br>ROCHESTER, NY 14614<br>585-454-4770<br>jscheidt@WEBTITLE.US | SHAPIRO & DICARO, LLP<br>250 MILE CROSSING BLVD.<br>SUITE ONE<br>ROCHESTER, NY 14624 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 9341 | 45 | Entire Lot | 87-53 133RD STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2006000084278

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| OPTION ONE MORTGAGE CORPORATION<br>3 ADA<br>IRVINE, CA 92618 | SOUNDVIEW HOME LOAN TRUST 2006-OPT1,<br>6501 IRVINE CENTER DRIVE<br>IRVINE, CA 92618 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |



Section 40 Block 9341 Lot 45

S&D # 07-61309

## ASSIGNMENT OF MORTGAGE

KNOW THAT

**Option One Mortgage Corporation**, a corporation, organized and existing under the laws of the United States of America, having an office at 3 Ada, Irvine, CA 92618, Assignor,

in consideration of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration, paid by

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF SOUNDVIEW HOME LOAN TRUST 2006-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1,** having an office at Option One Mortgage Corporation, 6501 Irvine Center Dr, Irvine, California 92618, Assignee,

hereby assigns unto the assignee, a certain Mortgage dated January 6, 2006 made by Amarjit Singh to Option One Mortgage Corporation in the principal sum of $500,000.00 and recorded in the Queens County Office of the City Register on February 13, 2006 CRFN: 2006000084278.

This mortgaged premises are known as 87-53 133rd Street, Richmond Hill, NY 11418

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

**IN WITNESS WHEREOF**, the assignor has duly executed this assignment, the ___2___ day of ___Oct___ in the year 2007.

Option One Mortgage Corporation

BY: _A Chute_
Amelia Chute
Assistant Secretary

State of ___MN___ )
County of ___Dakota___ )ss.:

On the ___2___ day of ___Oct.___ in the year ___2007___ before me, the undersigned, personally appeared ___Amelia Chute___, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual(s) made such appearance before the undersigned in the City/Town of ___Mendota Heights___ State of ___MN___.

Notary Public

SEAL

JAMES C. MORRIS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2009

RECORD & RETURN TO:
Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624