# Exhibit C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
IN RE

AMARJIT KAUR SINGH AKA AMARJIT K. PAWAR

DEBTOR

CHAPTER 7

CASE NO. 08-47147

JUDGE: Carla E. Craig

RELIEF FROM AUTOMATIC STAY   REAL ESTATE AND
COOPERATIVE APARTMENTS

I, _Donna Barwick_, _L.A. Portfolio Mgr_, for American Home Mortgage Servicing, Inc. servicer for Deutsche Bank National Trust Company, as Trustee ("Movant"), being duly sworn, depose and say:

**BACKGROUND INFORMATION**

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS MOTION: 87-53 133rd Street, Richmond Hill, NY 11418 ( the Property )

2. LENDER NAME: Deutsche Bank National Trust Company, as Trustee

3. DATE OF MORTGAGE: 01/06/2006

4. POST-PETITION PAYMENT ADDRESS: American Home Mortgage Servicing, Inc.

PO Box 631730

Irving, Texas 75063-1730

## DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION: $570,765.40

(Note: this amount may not to be relied on as a "payoff" quotation.)

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT: $626,000.00

7. SOURCE OF ESTIMATED VALUATION: Debtor s Schedule D

---

## STATUS OF DEBT AS OF PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF PETITION FILING DATE: $495029.97

    A. AMOUNT OF PRINCIPAL: $495,377.53

    B. AMOUNT OF INTEREST: $61,471.80

    C. AMOUNT OF ESCROW (taxes and insurance): $12,211.39

    D. AMOUNT OF FORCED PLACED INSURANCE EXPENDED BY MOVANT: $4040.00

    E. AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR(S) PRE-PETITION: $6903.85

    F. AMOUNT OF PRE-PETITION LATE FEES, IF ANY, BILLED TO DEBTOR(S): $75.48

9. CONTRACTUAL INTEREST RATE: 8.3% (If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here:.)

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S/DEBTORS' ACCOUNT AND NOT LISTED ABOVE:

_____

(If additional space is needed, please list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here:    .)

### AMOUNT OF ALLEGED POST-PETITION DEFAULT

### (AS OF 11/15/2008 )

11. DATE LAST PAYMENT WAS RECEIVED: 07/08/2008

12. ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION FROM FILING OF PETITION THROUGH PAYMENT DUE ON 06/01/2007: 18 * There are 18 contractual payments outstanding as this is a Chapter 7 case.

13. PLEASE LIST ALL POST-PETITION PAYMENTS ALLEGED TO BE IN DEFAULT:

| ALLEDGED PAYMENT DUE | ALLEDGED AMOUNT DUE | RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| 06/01/07 | $4,692.77 | | | | | 75.48 |
| 07/01/07 | $4,692.77 | | | | | 75.48 |
| 08/01/07 | $4,692.77 | | | | | 75.48 |
| 09/01/07 | $4,692.77 | | | | | 75.48 |
| 10/01/07 | $4,692.77 | | | | | 75.48 |
| 11/01/07 | $4,692.77 | | | | | 75.48 |
| 12/01/07 | $4,692.77 | | | | | 75.48 |

| Date | Amount | | | | | |
|---|---|---|---|---|---|---|
| 01/01/08 | $4,692.77 | | | | | 75.48 |
| 02/01/08 | $4,692.77 | | | | | 75.48 |
| 03/01/08 | $4,695.77 | | | | | 75.48 |
| 04/01/08 | $4,692.77 | | | | | 75.48 |
| 05/01/08 | $4,692.77 | | | | | 75.48 |
| 06/01/08 | $4,692.77 | | | | | 75.48 |
| 07/01/08 | $4,397.36 | | | | | 75.48 |
| 08/01/08 | $4,397.36 | | | | | 75.48 |
| 09/01/08 | $4,397.36 | | | | | 75.48 |
| 10/01/08 | $4,397.36 | | | | | 75.48 |
| 11/01/08 | $4,397.36 | | | | | 75.48 |
| TOTAL | $82,992.81 | | $0.00 | $0.00 | $0.00 | $1,358.64 |

14. AMOUNT OF MOVANT'S ATTORNEYS FEES BILLED TO DEBTOR FOR THE PREPARATION, FILING AND PROSECUTION OF THIS MOTION: $650.00

15. AMOUNT OF MOVANT'S FILING FEE FOR THIS MOTION: $ 150.00

16. OTHER ATTORNEYS' FEES BILLED TO DEBTOR POST-PETITION: $0.00

17. AMOUNT OF MOVANT'S POST-PETITION- INSPECTION FEES: $0.00

18. AMOUNT OF MOVANT'S POST-PETITION APPRAISAL/ BROKER'S PRICE OPINION: $0.00

19. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT POST-PETITION: $0.00

20. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF APPLICABLE: $0.00

21. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES, INSURANCE INCURRED BY DEBTOR ETC.:

NSF Charges: 0.00

Property Preservation Fees: 0.00

Post-Petition Escrow Advance: 0.00

# REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1) Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. (Exhibit A.)

(2) Copies of documents establishing proof of standing to bring this Motion. (Exhibit B )

(3) Copies of documents establishing that Movant' interest in the real property or cooperative apartment was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property or cooperative apartment is located in. (Exhibit        .)

# CERTIFICATION FOR BUSINESS RECORDS

I CERTIFY THAT THE INFORMATION PROVIDED IN THIS WORKSHEET AND/OR ANY EXHIBITS ATTACHED TO THIS WORKSHEET (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS WORKSHEET AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE, ARE TRUE AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS.

## DECLARATION

I, _Donna Barwick_, _L.A. Portfolio Mgr_ OF AMERICAN HOME MORTGAGE SERVICING, INC. SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE) PURSUANT 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT _Jacksonville_, _Florida_ ON THIS _24_ DAY OF _November_, _2008_.

_Donna Barwick_
_L.A. Portfolio Mgr._
American Home Mortgage Servicing Inc.
PO Box 631730
Irving, Texas 75063-1730