| | 11-6188872 |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT NEW YORK | (TRM 3290) |

_____X   Hearing Date: January 8, 2009
                                       Time: 11:30 a.m.
In re:

                                                Chapter 7
AMARJIT KAUR SINGH a/k/a
AMARJIT K. PAWAR,

           Debtor.                     Case No.:108-47147-608
_____X

TO:   HONORABLE CARLA E. CRAIG
      UNITED STATES BANKRUPTCY JUDGE

**CHAPTER 7 TRUSTEE'S STATEMENT IN RESPONSE TO CREDITORS MOTION FOR RELIEF FROM AUTOMATIC STAY**

RICHARD J. MCCORD, as Chapter 7 Trustee ("Trustee") of the bankruptcy estate of AMAJIT KAUR SINGH a/k/a AMARJIT K. PAWAR, the debtors herein (the "Debtors"), responding to the Motion for Relief From Stay (the "Motion"), by DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE, by their attorney(s) SHAPIRO & DICARO, LLP, hereby advises the Bankruptcy Court that (i) he has reviewed the Motion (ii) the Debtor's petition and (iii) based upon the representations set forth in the Motion, has no opposition to the Motion.

The Trustee respectfully requests, however, that any Order granting the Motion provide that the Trustee shall be given notice of any surplus or proceeds.

Dated: East Meadow, New York
       January 5, 2009

                          **RICHARD J. MCCORD, ESQ., CHAPTER 7 TRUSTEE**
                          **FOR THE ESTATE OF AMARJIT KAUR SINGH, THE**
                          **DEBTOR HEREIN,**


BY:   /s/ Richard J. McCord
      RICHARD J. MCCORD (TRM 3290)
      90 Merrick Avenue
      East Meadow, New York 11554
      (516) 296-7000

2107745-1