| UNITED STATES BANKRUPTCY COURT | PRESENTMENT DATE: December 29, 2008 |
|---|---|
| EASTERN DISTRICT OF NEW YORK | |
| IN RE | |
| | CHAPTER 7 |
| AMARJIT KAUR SINGH AKA AMARJIT K. PAWAR | CASE NO. 08-47147 |
| | JUDGE: Carla E. Craig |
| DEBTOR | |

# ORDER GRANTING RELIEF FROM
# THE AUTOMATIC STAY

Upon Notice of Presentment of Proposed Order Granting Relief from the Automatic Stay and the Motion of Deutsche Bank National Trust Company, as Trustee dated ~~November~~, **December 1**, 2008 with exhibits attached thereto, with proof of service upon the Trustee, Debtor and Debtor's Attorney and the United States Trustee, and there being no opposition thereto, it is hereby:

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. Section 362(a) is hereby vacated for cause pursuant to 11 U.S.C. Section 362(d) as to Deutsche Bank National Trust Company, as Trustee, its agents, assigns or successors in interest so that Deutsche Bank National Trust Company, as Trustee, its agents, assigns or successors in interest may take any and all actions under applicable state law to foreclose its mortgage on the premises known as 87-53 133rd Street, Richmond Hill, NY 11418, and it is further

**ORDERED** that the Movant shall immediately provide an accounting to the Trustee of any surplus monies realized as a result of the foreclosure sale.

Dated: January 5, 2008~~9~~
Brooklyn, NY

Enter:

/s/Carla E. Craig
Honorable Carla E. Craig
United States Bankruptcy Judge