```
UNITED STATES BANKRUPTCY COURT          11-6188872
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
```
In re:

AMARJIT KAUR SINGH a/k/a
AMARJIT K. PAWAR,                        Chapter 7
                                         Case No.: 108-47147-608
        Debtor.


```
-----------------------------------------------------------x
```

### APPLICATION FOR THE RETENTION OF ATTORNEYS FOR THE TRUSTEE

TO:   THE HONORABLE CARLA E. CRAIG
       UNITED STATES BANKRUPTCY JUDGE
       EASTERN DISTRICT OF NEW YORK

The Application of Richard J. McCord, as Chapter 7 Trustee of the above-captioned Debtor respectfully represents as follows:

1. On October 24, 2008, ("Filing Date") the above captioned debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Pursuant to the Notice of Appointment dated October 24, 2008, Richard J. McCord was appointed Trustee for the Estate of the above-captioned debtor and is now qualified and act as such Trustee.

3. As Trustee, I submit this Application to retain the law firm of Certilman Balin Adler & Hyman, LLP, as counsel for the Trustee, given their experience representing Chapter 7 Trustees. I am also a member of the law firm of Certilman Balin Adler & Hyman, LLP.

4. This Application is made pursuant to 11 U.S.C. §327(a) and E.D.N.Y LBR 2014-1 which requires that an attorney be retained by Order of this Court.

5. Jaspreet S. Mayall, Esq., and myself as members of the firm of Certilman Balin Adler & Hyman, LLP, have had extensive experience in Bankruptcy related proceedings. We and our associates are needed to assist the Trustee in effectively liquidating the estate, particularly in the areas of unlawful and improper transfers which may have been made during the course of bankruptcy, as well as the general representation of the Trustee before the Bankruptcy Court. Their experience will streamline and effectuate a quick resolution of the case and will allow the Trustee to maximize the assets of the estate for the benefit of creditors.

6. To the best of applicant's knowledge, Certilman Balin Adler & Hyman, LLP, has had no connection with the Debtor or any other party affiliated or connected with the Debtor or its attorneys as set forth in the annexed affirmation of Richard J. McCord Esq., a member of the firm of Certilman Balin Adler & Hyman, LLP, and is a disinterested person as defined in 11 U.S.C. §101(14).

7. The Trustee desires to retain counsel because of the extensive legal services which I believe will be required with regard to the sale of the debtor's real property located at 930 Hempstead Turnpike, Franklin Square, New York and because their employment will be in the best interest of the estate. Compensation to said firm will be made upon proper application to the Bankruptcy Court in accordance with the provisions of the Bankruptcy Code.

8. For the reasons set forth in the accompanying Affirmation of Richard J. McCord, Esq., it is respectfully requested that the retention of Certilman Balin Adler & Hyman, LLP, be as of the date I have executed this Application.

9. No prior application for the relief herein requested has been made to this or any other Court of competent jurisdiction.

**WHEREFORE**, Applicant respectfully requests that the Trustee be authorized to retain Certilman Balin Adler & Hyman, LLP, to represent him in this proceeding under Chapter 7 of the Bankruptcy Code, together with such other and further relief as to this Court may seem just and proper under the circumstances.

Dated: East Meadow, New York
      January 5, 2009

                                            /s/ Richard J. McCord
                                            RICHARD J. MCCORD, ESQ.