UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

AMARJIT KAUR SINGH a/k/a
AMARJIT K. PAWAR,

                                                                     Chapter 7
                                                                     Case No: 108-47147-608

              Debtor.

---------------------------------------------------------------X

## APPLICATION FOR THE RETENTION OF
## DAVID R. MALTZ & CO., INC, AS AUCTIONEER FOR THE TRUSTEE

TO:    THE HONORABLE CARLA E. CRAIG
          CHIEF UNITED STATES BANKRUPTCY JUDGE
          EASTERN DISTRICT OF NEW YORK

        The Application of Richard J. McCord, as Chapter 7 Trustee of the above-captioned Debtor respectfully represents as follows:

        1.    On October 24, 2008 (the "Filing Date"), Amarjit Kaur Singh a/k/a Amarjit K. Pawar (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

        2.    Pursuant to the Notice of Appointment dated October 24, 2008, Richard J. McCord was appointed Trustee for the Estate (the "Trustee") and is now qualified and act as such Trustee.

        3.    The Trustee seeks a Court Order, pursuant to Local Rule 2014-1 of the Local Rules of the Eastern District of New York and Section 327 of the Bankruptcy Code authorizing the retention of David R. Maltz & Co., Inc., ("Maltz") as Auctioneer for the Trustee and believes Maltz, to be qualified to act as such in connection with concluding and settling the pending sale

of the Debtor's real property located at 930 Hempstead Turnpike, Franklin Square, New York 11010 (the "Real Property").

4. As can be seen from the Affidavit of Richard B. Maltz, annexed hereto as "Exhibit A", Maltz is a disinterested party, as such term is defined in Section 101(14) of the Code, with respect to the Trustee, Debtor and its Estate in the matters upon which Maltz is to be engaged by the Trustee. Additionally Maltz has vast experience with this type of case and has been an auctioneer, appraiser and liquidator for more than 20 years.

6. The Trustee submits that the retention of Maltz, as Auctioneer, if approved, would enable the greatest recovery and would be in the best interests of the estate, its creditors and other parties in interest.

7. The professional services which Maltz, shall render to the Trustee include the advertising and sale of the Real Property. Any fees claimed to be owed to Maltz in this matter are subject approval by the United States Bankruptcy Court.

8. Maltz has agreed to accept three percent (3%) of the sales price as compensation, pursuant to the Stipulation and Order Granting a Carve Out, entered into between the Chapter 7 Trustee and Excel Capital Group, approved by the Court on February 20, 2009. Annexed hereto as "Exhibit B" is a copy of said Stipulation.

9. To the best of Trustee's knowledge, Maltz does not have any connection with the Trustee, the Debtor's creditors or any other parties in interest or their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

10. Maltz, is a disinterested party, as such term is defined in Section 101(14) of the Code, with respect to the Trustee, Debtor and its Estate in the matters upon which Maltz, is to be

engaged by the Trustee.

11. No previous application for the relief sought herein has been made to this or any other court.

**WHEREFORE**, the Trustee respectfully prays for an Order of this Court authorizing the Trustee to retain David R. Maltz & Co., Inc., to act as his Real Estate Auctioneer to sell the Debtor's Real Property located at 930 Hempstead Turnpike, Franklin Square, New York 11010 and together with such other and further relief as to this Court may seem just and proper.

Dated: East Meadow, New York
      March 23, 2009

                              /s/ Richard J. McCord
                              **RICHARD J. MCCORD, ESQ.(TRM 3290)**
                              Chapter 7 Trustee for the Estate of
                              Amarjit Kaur Singh a/k/a
                              Amarjit K. Pawar
                              Certilman Balin Adler & Hyman, LLP
                              90 Merrick Avenue
                              East Meadow, New York 11554
                              (516) 296-7000