UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

AMARJIT KAUR SINGH a/k/a                 Chapter 7
AMARJIT K. PAWAR,                          Case No.: 108-47147-608

         Debtor.

---------------------------------------------------------X

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF TRUSTEE'S INTENDED SALE

PLEASE TAKE NOTICE that the above-named Debtor filed a voluntary Petition for relief under Chapter 7 of the Bankruptcy Code on October 24, 2008 and the case is presently pending before the HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE for the Eastern District of New York.

PLEASE TAKE FURTHER NOTICE that Richard J. McCord, Esq., the Chapter 7 Trustee, will sell though David R. Maltz & Co., Inc., Auctioneer, the Debtor's real property located at 930 Hempstead Turnpike, Franklin Square, New York (the "Real Property"). The sale will be conducted at the office of the Auctioneer located at 155 Terminal Drive, Plainview, New York on June 3, 2009 at 11:00 a.m. In order to register to bid, prior to the auction, all prospective bidders must deposit a certified check with the auctioneer's bookkeeper in the amount of $15,000.00 made payable to Richard J. McCord, Esq., Chapter 7 Trustee.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code Sections 363(b) and (f) and Bankruptcy Rule 6004 and Local Bankruptcy Rule E.D.N.Y. LBR 6004-1(b) the Real Property will be sold free and clear of liens, claims and encumbrances, if any, with such liens, claims and encumbrances to attach to the net proceeds of sale after deduction of all sale expenses such as auctioneer's and Trustee's commission, advertisements and attorney fees.

PLEASE TAKE FURTHER NOTICE that a copy of the complete Terms and Conditions and inspection dates and times may be obtained by contacting the Auctioneer at the telephone number and/or website listed below.

PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's Notice shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such

party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party in unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Carla E. Craig, and a hard copy shall be served upon the Trustee's counsel, Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554, Attention: Richard J. McCord, Esq., the Office of the United States Trustee, Eastern District of New York, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201 and file with the Clerk of the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, with a copy to Chambers on or before May 29, 2009.

PLEASE TAKE FURTHER NTOICE that, if objections are filed, the sale will be postponed and a hearing on such objections will be conducted before the HONORABLE CARLA E. CRAIG, CHIEF UNITED STATES BANKRUPTCY JUDGE, on June 4, 2009 at 11:30 a.m., at the UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201. If no objections are filed, the sale will go forward and no hearing will be held.

Dated: East Meadow, New York
      May 4, 2009

      **CERTILMAN BALIN ADLER & HYMAN, LLP**
      Attorneys for the Chapter 7 Trustee

      By:    /s/ Richard J. McCord _____
             RICHARD J. MCCORD, ESQ. (RM3290)
             90 Merrick Avenue
             East Meadow, New York 11554
             (516) 296-7000

Dated: Plainview, New York
      May 4, 2009

      **DAVID R. MALTZ & CO., INC.**
      Trustee's Auctioneer
      155 Terminal Drive
      Plainview, New York 11803
      (516) 349-7022
      www.MaltzAuctions.com