UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

AMARJIT KAUR SINGH a/k/a
AMARJIT K. PAWAR,

      Debtor.

Chapter 7
Case No: 108-47147-608

-----------------------------------------------------------X     **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
                            )ss:
COUNTY OF NASSAU )

    **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Floral Park, New York.

    On May 5, 2009, service of the ***Notice to Creditors and Other Parties in Interest of Trustee's Intended Sale*** was made upon the Office of the United States Trustee, Eastern District of New York, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201 and the attached list of creditors, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

                                                      /s/ Andrea Follett
                                                      **ANDREA FOLLETT**

Sworn to before me this
5th day of May, 2009.
/s/ Lisa A. Nichols
LISA A. NICHOLS
Notary Public, State of New York
No.01NI6093930
Qualified in Nassau County
Commission Expires June 9, 2011

2140374-1

Amarjit Kaur Singh
a/k/a Amarjit K. Pawar
87-53 133rd Street
Richmond Hills, New York 11418

David S. Waltzer, Esq.
225 West 34th Street
Suite 300
New York, New York 10122

Narissa Joseph, Esq.
277 Broadway
New York, New York 10007

David R. Maltz & Co., Inc.
155 Terminal Drive
Plainview, New York 11803

Bruce D. Mael, Esq.
Berkman Henoch Peterson & Peddy, P.C.
100 Garden City Plaza
Garden City, New York 11530

Excel Capital Group
1010 Northern Boulevard
Great Neck, New York 11021

Arrow Financial Services
21031 Network Place
Chicago, IL 60673-1210

Citibank NA
P.O. Box 6615
The Lakes, NV 88901-6615

JP Morgan Chase Bank
P.O. Box 659409
San Antonio, TX 78265

MBNA America
Attn: Bankruptcy Dept
P.O. Box 15026
Wilmington, DE 19850-5026

NCO Portfolio Mgmt
507 Prudential Road
Horsham, PA 19044

Option One Mortgage Corp
Payment Processing
P.O. Box 92103
Los Angeles, CA 90009-2103

Discover Financial Services
Attn: Bankruptcy Dept
P.O. Box 8003
Hilliard, OH 43026-8003

Gagandeep Singh
3 Colonial Drive
9A
Wappingers Falls, NY 12590

Lackwinder Singh
109-38 Van Wyck Expressway
South Ozone Park, NY 11420

Samittar Singh
32 Bennett Street
Middletown, NY 10940

Chase Bank
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

Discover Bank/DFS Services
P.O. Box 3025
New Albany, OH 43054-3025