Richard J. McCord, Esq. (RJM3290)  Settlement Date: October 23, 2009
Carol A. Glick, Esq. (CAG2675)  Time: 10:00 a.m.
CERTILMAN BALIN ADLER & HYMAN, LLP  Objections Due: October 22, 2009
Counsel to the Chapter 7 Trustee  Time: 10:00 a.m.
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

UNITED STATES BANKRUPTCY COURT  11-6188872
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

AMARJIT KAUR SINGH a/k/a  Chapter 7
AMARJIT K. PAWAR,  Case No.: 108-47147-608


         Debtor.
-----------------------------------------------------------X

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** that the annexed Order Authorizing the Trustee to Retain as Liquidated Damages the Deposit Paid by the Defaulting Successful Bidder at the First Auction Sale of the Real Property Located at 930 Hempstead Turnpike, Franklin Square, New York 11010, will be presented for signature to the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201, on the 23rd day of October, 2009.

**PLEASE TAKE FURTHER NOTICE,** that objections to the proposed Order Authorizing the Trustee to Retain as Liquidated Damages the Deposit Paid by the Defaulting Successful Bidder at the First Auction Sale of the Real Property Located at 930 Hempstead Turnpike, Franklin Square, New York 11010, must be made in writing and received in the Judge's Chambers and by the undersigned not later than 4:00 p.m. on the preceding day.

2179369-1

Unless such objections are received by the time set forth above, the Order will be signed.

Dated: East Meadow, New York
October 12, 2009

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Attorneys for Richard J. McCord, Esq., as Chapter 7
Trustee of the Amarjit Kaur Singh


By: /s/ Richard J. McCord
**RICHARD J. MCCORD (RJM3290)**
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000