

**RICHARD J. MCCORD**
PARTNER
DIRECT DIAL: 516.296.7801
rmccord@certilmanbalin.com

<u>**VIA FACSIMILE AND ELECTRONIC CASE FILING**</u>
(347) 394-1845

October 16 2009

Tracie Leonard, Courtroom Deputy
Chambers of the Honorable Carla E. Craig
Chief Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Amarjit Kaur Singh a/k/a*
         *Amarjit K. Pawar*
         *Chapter 7*
         <u>*Case No.: 108-47147-608*</u>

Dear Ms. Leonard:

  This shall serve to confirm conversation with my office whereas the remaining issue as it pertains to the forfeited deposit being deemed property of the estate in connection with the Notice of Motion and Application in Support for an Order Authorizing the Trustee to Retain as Liquidated Damages the Deposit Paid by the Defaulting Successful Bidder at the First Auction Sale of Real Property Located at 930 Hempstead Turnpike, Franklin Square, New York (Docket No.36), has been settled between the Trustee and Excel Capital Corp. A Stipulation and Order will be submitted shortly.

  If you should have any questions or require additional information, please contact this office. Thank you for your courtesy and assistance in this matter.

            Very truly yours,

            /s/ Richard J. McCord
            RICHARD J. MCCORD
            CHAPTER 7 TRUSTEE

RJM:af
  cc: Bruce Mael, Esq. (via facsimile and first class mail)