Richard J. McCord, Esq. (RJM3290)
Carol A. Glick, Esq. (CAG2675)
CERTILMAN BALIN ADLER & HYMAN, LLP
Attorneys for the Chapter 7 Trustee
90 Merrick Avenue
East Meadow, NY 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

AMARJIT KAUR SINGH a/k/a                                Chapter 13
AMARJIT K. PAWAR,                                       Case No.: 08-47147-608


                            Debtor.
-------------------------------------------------------------------x

## ORDER GRANTING ALLOWANCE OF ADMINSTRATIVE EXPENSE CLAIM

**APPLICATION** having been made to this Court, by Certilman Balin Adler & Hyman, LLP, counsel to the former Chapter 7 Trustee, for an Order (i) allowing Certilman Balin Adler & Hyman, LLP, to file an Administrative Expense Claim in the Debtor's Chapter 13 Case in the total amount of Twenty Four Thousand One Hundred Thirty Dollars and Seventy Nine Cents ($24,130.79), consisting of $51,957.90 in fees and expenses requested by Certilman Balin in the Fee application, less $16,346.50, pursuant to the 506(c) Stipulation and Order with Excel Capital Corp., for legal fees incurred in connection with the sale of the real property pursuant to the 506(c) Order, $22,134.00 in fees incurred with the Debtor's Chapter 13 filing and Chapter 7 filing and reimbursement of $1,996.79 in expenses; (b) directing the Debtor to pay the Allowed Administrative Expenses Claim of Certilman Balin through her Chapter 13 Plan; and (c) for such other, further and related relief as may be just, proper and equitable; and due notice of said Application having been served upon the Office of the United States Trustee and all known creditors, and there being no objections filed thereto; and

**UPON**, a hearing having been conducted before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on January 21, 2010, and Richard J. McCord, Esq., of Certilman Balin Adler & Hyman, LLP, having appeared in support thereof; and no opposition having been heard; and upon the record made before me on that date; it is hereby

**ORDERED,** that Certilman Balin Adler & Hyman, LLP is hereby authorized to file an Administrative Expense Claim in the Debtor's Chapter 13 case in the total amount of $24,130.79 *(the "Allowed Administrative Expense Claim")*, ~~consisting of $51,957.90 in fees and expenses requested by Certilman Balin in the Fee Application, less $16,346.50, pursuant to the 506(c) Stipulation and Order with Excel Capital Group Corp., for legal fees incurred in connection with the sale of the real property pursuant to the 506(c) Order, $22,134.00 in fees incurred with the Debtor's Chapter 13 filing and Chapter 7 filing and reimbursement of expenses of $1,996.79 in expenses~~; *(CEC)* and it is further

**ORDERED**, that the Debtor is hereby directed to pay the Allowed Administrative ~~Expenses~~ *(CEC)* Claim of Certilman Balin Alder & Hyman, LLP through her Chapter 13 plan.



**Dated: Brooklyn, New York**
**March 12, 2010**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**