**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------x
In re:

Amarjit Kaur Singh aka                    Case No. 08-47147-cec
Amarjit K. Pawar
                                          Chapter 13


                    Debtor(s).
-------------------------------------------------x

**NOTICE TO PARTIES CONCERNING APPEAL** *(ECF CASE)*

A notice of appeal was filed in the above case by <u>Karamvir S. Dahiya for Amarjit Kaur Singh</u> on <u>March 22, 2010</u>.

Please observe the following, pursuant to Bankruptcy Rules 8001, 8004 and 8006, Local Rules 8004-1 and 8007-1, and established local practice in the Bankruptcy Court and District Court:

1.  *Service of Notice:* Unless the appellant has already served notice of the filing of the notice of appeal (as evidenced by a certificate of service), the appellant must provide the Clerk with the e-mail address of each party to be served; to the extent that there are parties to the appeal who are not equipped to receive e-mail notification, the appellant must provide the Clerk with sufficient copies of the notice and address labels for all such parties to be served.

2.  *Appellant's Designation:* Appellant's designation of record on appeal and statement of issues to be presented on appeal are due within fourteen (14) days of the date of filing the **later** of the following, as applicable: (a) the notice of appeal; (b) entry of an order granting leave to appeal; or (c) entry of an order disposing of the last timely motion outstanding of a type specified in Bankruptcy Rule 8002(b). A copy of the designation and statement shall be served by the appellant on the appellee.

3.  *Appellee's Designation:* Within fourteen (14) days after service of the appellant's designation and statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

4.  *Copy of Record:* Each party who has filed a designation must provide this office with a copy of the items designated in PDF format. The designated items may be submitted as attachments to the designation, or separately at a later date, if necessary.

5.  *Transcripts:* If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall, immediately after filing the designation, deliver to the reporter and file with the clerk a written request for the transcript and make satisfactory arrangements for payment of its cost. Designated transcripts must be provided to this office in PDF format.

6.  *ECF Registration:* Documents must be filed electronically relative to this matter, both in the Bankruptcy Court and, once the record has been transmitted, in the District Court. Registration is required at both Courts. For information on ECF registration in the Bankruptcy Court, visit **www.nyeb.uscourts.gov/cm_ecf.htm**; for District Court information, visit **www.nyed.uscourts.gov/CM_ECF/cm_ecf.htm**.

It is the duty of the parties to insure that the record on appeal is complete. An incomplete record will otherwise be transmitted, for disposal as the District Court shall determine. The deadline for transmission of the record will be set for thirty (30) days from the filing with the Court of the appellant's designation of record, or from the deadline for the said filing, whichever is earlier.


Dated:   March 23, 2010

                                                    **FOR THE COURT**


                                                    S/_____
                                                    Deputy Clerk